IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| CANAL INSURANCE COMPANY, )<br>)<br>Plaintiff(s), )<br>)<br>vs. )<br>)<br>CHRISTOPHER THOMAS, INC., )<br>)<br>JASON TILLERY, )<br>)<br>GOLDEN PEANUT COMPANY, LLC, )<br>)<br>UNITED STATES FIRE INSURANCE )<br>COMPANY, )<br>)<br>and )<br>)<br>ST. PAUL FIRE AND MARINE )<br>INSURANCE COMPANY, )<br>)<br>Defendant(s). ) | CIVIL ACTION NO.<br>2: 06-MC-3287-MHT |

## UNITED STATES FIRE INSURANCE COMPANY'S AND GOLDEN PEANUT'S SUPPLEMENTAL MOTION TO QUASH, OR, ALTERNATIVELY, TO MODIFY THE MARCH 10, 2006 SUBPOENA SERVED ON S. ANTHONY HIGGINS

For the reasons stated below, Defendants United States Fire Insurance Company ("U.S. Fire") and Golden Peanut Company, LLC ("Golden Peanut"), object to and move to quash, or, alternatively, to modify Canal Insurance Company's ("Canal's") March 10, 2006 subpoena of documents served on their former attorney, Anthony (Tony) Higgins. That subpoena is attached as Exhibit "A." As grounds for this motion, U.S. Fire and Golden Peanut state as follows:

1

1. Around March 3, 2006,[1] Plaintiff, Canal Insurance Company, served on Mr. Higgins a subpoena requesting multiple documents and things. U.S. Fire and Golden Peanut moved to quash On March 15, 2006, the U.S. Fire and Golden Peanut filed a motion to quash, or, alternatively, to modify, that subpoena. *See* Doc. 1.

3. On March 10, 2006, Mr. Higgins received by facsimile the subpoena attached hereto as Exhibit A ("the March 10, 2006 subpoena").

4. Defendants U.S. Fire and Golden Peanut hereby move to quash, or, alternatively, to modify the March 10, 2006 subpoena. The March 10, 2006 subpoena is identical to the subpoena that is the subject of U.S. Fire's and Golden Peanut's March 15, 2006 Motion to Quash (Doc. 1) and proposed amended Motion to Quash (*see* Doc. 2), with the exception that the place of the requested production has been changed from the offices of counsel for Canal in Birmingham to Mr. Higgins' office in Montgomery. All other parts of the subpoena, including the documents and things requested, appear to be identical. Accordingly, as grounds for this Supplemental Motion to Quash, or, Alternatively, to Modify the March 10, 2006 Subpoena, U.S. Fire and Golden Peanut hereby incorporate entirely their original and proposed amended "Motion to Quash, or, Alternatively, to Modify Plaintiff's Subpoena of Defendants' Former Attorney Documents." *See* Docs. 1 & 2.

Respectfully submitted,

/s/ Carol Ann Smith
Carol Ann Smith, (ASB-3485-T81C)
Attorney for United State Fire Insurance Company

---

[1] The subpoena bears a signature date of March 1, 2006. *See* Doc. 1, Ex. A. According to Mr. Higgins, that subpoena was served on him on or about March 3, 2006. *See* Doc. 3 in case no. 2:06-mc-03286-MHT-DRB.

OF COUNSEL:
Smith & Ely, LLP
2000-A SouthBridge Parkway
Suite 405
Birmingham, AL 35209
Telephone: (205) 802-2214
Fax: (205) 879-4445
casmith@smith-ely.com

## CERTIFICATE OF SERVICE

    I do hereby certify that a true and accurate copy of the foregoing has been served on all parties of record by:

|     |                    |
|-----|--------------------|
| ___ | Hand Delivery      |
| ___ | U. S. Mail         |
| ___ | Overnight Delivery |
| ___ | Facsimile          |
|  X  | E-File             |

on this the 24th day of March, 2006.

                                             /s/ Carol Ann Smith
                                             OF COUNSEL

cc:

Joseph E. B. Stewart
K. Donald Simms
Austill, Lewis & Simms, P.C.
2101 Highland Avenue South
Suite 500
Birmingham, AL 35205

William E. Pipkin, Jr.
Austill, Lewis & Simms, Pipkin & Moore, P.C.
Commerce Building
Suite 508

118 North Royal Street
Mobile, AL 36602

Joseph Daniel Talmadge, Jr.
Stephen Mark Andrews
Morris, Cary, Andrews & Talmadge
3334 Ross Clark Circle
Dothan, AL 36302

Scott M. Salter
Starnes & Atchison, LLP
100 Brookwood Place
7th Floor
Birmingham, AL 35209